Clerk, U. S. District Court
Western District of Texas
By _____ Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Michael Todd Wolfe, a/k/a, "Faruq."<br>Defendant. | § § § § § § § § § § § § | CRIMINAL No. A:14-cr-213(1)-SS<br><br>**INFORMATION**<br><br>[Violation: 18 U.S.C. §2339B – Attempt to Provide Material Support to a Designated Foreign Terrorist Organization] |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE

[18 U.S.C. § 2339B]

Beginning in or before August 2013, to June 17, 2014, in the Western District of Texas, and elsewhere, the defendant,

**Michael Todd Wolfe, a/k/a, "Faruq,"**

knowingly attempted to provide material support and resources, as that term is defined in Title 18, United States Code, Section 2339A(b)(1), including property, services, and personnel, including himself, to a foreign terrorist organization, namely, the Islamic State of Iraq and al-Sham/Syria ("ISIS"), knowing that the organization was a designated terrorist organization.

In violation of Title 18, United States Code, Section 2339B.

                                    Respectfully submitted,

                                    ROBERT PITMAN
                                    United States Attorney

By:              _____
                                    GREGG N. SOFER
                                    Assistant U.S. Attorney
                                    816 Congress Avenue, Suite 1000
                                    Austin, Texas  78701
                                    Telephone    (512) 916-5858
                                    Facsimile     (512) 916-5854